# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Jakuta Diodes, LLC** § § | |
| **Plaintiff,** § § | Case No. 6:16-cv-01177-RWS |
| v. § § | |
| **Ford Motor Company, a Delaware corporation,** § § | JURY TRIAL |
| § § | |
| **Defendant.** § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date the Court considered Plaintiff Jakuta Diodes, LLCs and Defendant Ford Motor Company's Joint Motion for Dismissal With Prejudice of all claims and affirmative defenses asserted between the parties in this case, and the Court being of the opinion that said motion should be GRANTED it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and affirmative defenses asserted in this suit between Plaintiff Jakuta Diodes, LLC and Defendant Ford Motor Company are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring same. All relief not previously granted is hereby DENIED. The Clerk of the Court is directed to CLOSE this case.

**SIGNED this 16th day of March, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE